# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **FELICIA OWENS DIXON** | : | |
| Plaintiff, | : | |
| vs. | : | CA 2:09-00684-KD-N |
| **CITY OF SELMA, et al.,** | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 24, 2010 is **ADOPTED** as the opinion of this Court. Accordingly, defendant Tanya Miles is **dismissed without prejudice**

**DONE** this March 16, 2010.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**