# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **FELICIA OWENS DIXON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION No. 2:09-00684-KD-N |
| | ) |
| **CITY OF SELMA, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) and dated March 2, 2011, is **ADOPTED** as the opinion of this Court and plaintiff's motion to appeal *in forma pauperis* is hereby **DENIED**.[1]

**DONE** this March 14, 2010.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that plaintiff filed a second motion to proceed without prepayment of fees (doc. 55) after the first motion was received from the Court of Appeals for the Eleventh Circuit (doc. 53), and after entry of the report and recommendation (doc. 54). The information contained in the second motion is nearly identical to the information contained in the first motion. By adopting the report and recommendation, the second motion is now **MOOT.**